THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN DUNPHY et al., as Drainage Commissioners, Appellants, *v.* ABRAM H. WIGGINS, as Supervisor of the Town of Canton, Respondent.

*People ex rel. Dunphy v. Wiggins*, 128 App. Div. 882, affirmed.
(Argued January 3, 1910; decided October 18, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 5, 1908, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to issue town bonds.

*John R. Keeler* and *Frank N. Cleaveland* for appellants.

*Vasco P. Abbott* for respondent.

The Appellate Division having declined to amend the order appealed from, the order is affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.